IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ADAM ROGERS,                          *
                                      *
        Plaintiff,                    *
                                      *
        v.                            *         CV 623-076
                                      *
ADVANCE STORES COMPANY, INC.,         *
                                      *
        Defendant.                    *
                                      *

_____

O R D E R

_____

Before the Court is the Parties' stipulation of dismissal
with prejudice.  (Doc. 29.)  All Parties signed the stipulation;
thus, the Court finds dismissal proper under Federal Rule of Civil
Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH
PREJUDICE.**  The Clerk is directed to **TERMINATE** all motions and
deadlines and **CLOSE** this case.  Each party shall bear its own costs
and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of March,
2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA